**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ROBERT MOTTO and JILL MOTTO,** *Plaintiffs,* <br><br> **v.** <br><br> **NEWELL BRANDS, INC. and THE YANKEE CANDLE COMPANY, INC.,** *Defendants.* | **Civil No. 24-1338** |

## ORDER

**AND NOW**, this 5th day of February, 2026, upon consideration of Defendants' Motion

to Preclude the Testimony of Plaintiffs' Experts Roger Spadt and Dr. John Golder (ECF No. 29)

and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge