**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT MOTTO and JILL MOTTO,** *Plaintiffs,* **v.** **NEWELL BRANDS, INC. and THE YANKEE CANDLE COMPANY, INC.,** *Defendants.* | **Civil No. 24-1338** |

## ORDER

**AND NOW**, this 23rd day of March, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 30), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.  The Clerk of Court is hereby **ORDERED** to close this case.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge