## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT MOTTO and JILL MOTTO,**<br>*Plaintiffs,*<br><br>v.<br><br>**NEWELL BRANDS, INC. and THE**<br>**YANKEE CANDLE COMPANY, INC.,**<br>*Defendants.* | **Civil No. 24-1338** |

## ORDER

**AND NOW**, this 21st day of May, 2026, upon consideration of Plaintiffs' Motion for

Reconsideration (ECF No. 47) and all corresponding briefing, it is hereby **ORDERED** that

Plaintiffs' Motion is **DENIED**.  The Clerk of Court is hereby **ORDERED** to close this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge